UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE:  BODY SCIENCE LLC PATENT LITIGATION | ) ) ) ) ) ) | MDL No. 1:12-md-2375-FDS |

### MEMORANDUM AND ORDER ON STAY OF PROCEEDINGS

**SAYLOR, D.J.**

This is a patent dispute involving medical monitoring devices.  Plaintiff has brought suit against multiple defendants for patent infringement; all actions have been consolidated for pretrial purposes pursuant to an order of the Judicial Panel on Multidistrict Litigation.  On November 2, 2012, this Court granted defendant Philips's motion to stay the suit pending reexamination of the patents-in-suit by the United States Patent and Trademark Office.  On December 19, 2012, the Court ordered that the stay be applicable to all consolidated cases, subject to subsequent motions to modify or vacate for good cause shown.  Since that time, the Judicial Panel on Multidistrict Litigation has transferred a new action, *Body Science LLC v. St. Jude Medical, Inc.*, to this Court pursuant to 28 U.S.C. § 1407.  For the reasons set forth in the Court's order of November 2, and in accordance with the Court's order of December 19, the Court orders that the stay is likewise applicable in civil case 1:13-CV-10025, *Body Science LLC v. St. Jude Medical, Inc.*

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  January 11, 2013